574

Ruth Hornstrom, Appellee, v. Beverly State Savings Bank of Chicago, Defendant. Home of Rest, The Swedish Baptist Home for the Aged-Fridhem, Appellant.

Gen. No. 40,383.

Heard in second division, first district, this court at October term, 1938; opinion filed April 2, 1940. Ernest A. Eklund, for appellant; John N. Thornburn, of counsel; Miller, Kamenear & Margolis, for appellee; Leon N. Miller and Nunzio Giambalvo, of counsel. Opinion by Presiding Justice John J. Sullivan. ''Not to be published in full.''